In the Matter of the Claim of SAM TORRES, against
CRITERION CONCESSIONS, INC., et al., Respondents.
STATE INDUSTRIAL BOARD, Appellant.

Submitted October 1, 1940; decided October 18, 1940.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum*
and *Joseph A. McLaughlin* of counsel), for State Industrial
Board, appellant.

*Irvin A. Snyder* for respondents.

Order affirmed, with costs against State Industrial Board.
No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
SEARS, LEWIS and CONWAY, JJ.